1  Eric J. Hardeman (State Bar No. 253489)
   JONES DAY
2  3 Park Plaza, Suite 1100
   Irvine, CA  92614-5976
3  Telephone:  (949) 553-7545
   Facsimile:   (949) 553-7539
4
5  Attorney for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8                **UNITED STATES DISTRICT COURT**

9          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  **ROBERT HARRIS**                    )   Case No.: SACV08-0589 JVS
                                          )
12              **Plaintiff,**            )   Assigned to Hon. James V. Selna
                                          )
13          **vs.**                       )
                                          )   **[PROPOSED] ORDER**
14  **EXPERIAN INFORMATION**              )   **GRANTING JOINT**
    **SOLUTIONS, INC.**                   )   **STIPULATION FOR**
15                                        )   **PROTECTIVE ORDER**
                                          )
16              **Defendant.**            )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20  _____  )

21

22

23

24

25

26

27

28

1

<u>**ORDER**</u>

2

      The Court having considered the Stipulation regarding the Protective Order

3

between Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff

4

Robert Harris ("Plaintiff"), it is hereby ORDERED that the parties' Joint

5

Stipulation for Protective Order is GRANTED.

6

7

DATED:  January  26 , 2009

8

_____
HON. ROSALYN M. CHAPMAN

9

UNITED STATES MAGISTRATE
JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28