| | |
|---|---|
| 1 | Eric J. Hardeman (State Bar No. 253489) |
| | ejhardeman@jonesday.com |
| 2 | JONES DAY |
| | 3 Park Plaza, Suite 1100 |
| 3 | Irvine, CA  92614-5976 |
| | Telephone:  (949) 553-7545 |
| 4 | Facsimile:   (949) 553-7539 |

JS-6

Attorney for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROBERT HARRIS** | Case No.: SACV08-0589 JVS |
| Plaintiff, | **JUDGMENT ON EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION FOR TERMINATING SANCTIONS** |
| vs. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | |
| Defendant, | |

LAI-3026874v1

1  Pursuant to Rule 37 of the Federal Rules of Civil Procedure and Central
2  District Local Civil Rule 37, and in connection with Defendant Experian
3  Information Solutions, Inc.'s ("Experian") Motion for Terminating Sanctions,
4  which came on regularly for hearing before the Court on June 8, 2009,

5  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
6  judgment is entered in favor of Experian against Plaintiff Robert Harris ("Plaintiff")
7  on all of Plaintiff's claims against Experian, and that each and every claim against
8  Experian is dismissed with prejudice.

11  DATED: June 9, 2009

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

LAI-3026874v1